UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OXFORD FINANCE LLC,<br><br>                         Plaintiff,<br>v.<br><br>CV LANTERN PROPERTIES, LLC, MADISON LANTERN PROPERTIES, LLC,<br>SAYBROOK LANTERN PROPERTIES, LLC, ORCUS SYSTEMS AND SOLUTIONS, INC., LANTERN OF SAYBROOK, INC., and LANTERN OF CHAGRIN VALLEY, INC.,<br><br>                         Defendants. | Case No. 1:23-cv-02175<br><br>Judge Polster |

## RECEIVER'S FIRST REPORT

      On November 8, 2023, this Court entered an Order Appointing Receiver in an action styled: <u>Oxford Finance LLC, Plaintiffs, vs. CV Lantern Properties, LLC, et al., Defendants</u>, Case No. 1:23-cv-02175 (the "Action") appointing Michael F. Flanagan the "Receiver") to serve as the receiver for three (3) assisted living facilities (each a "Facility" and the "Facilities"). The Receiver was appointed as the receiver for the Facilities at the request of Oxford Finance LLC (the "Lender").

      Pursuant to the Order, the Receiver hereby files the following First Report with the Court.

      1.     This Report covers the time period of November 8, 2023, to November 30, 2023.

      2.     Upon my appointment, Receiver initially retained Lantern Management, LLC, an Ohio limited liability company ("Lantern") to manage the day-to-day operations of the Facilities during the receivership. However, effective as of December 4, 2023, Receiver terminated Lantern as manager and engaged Everest Management Solutions, LLC ("Everest") to manage the Facilities.

      3.     Following my appointment, Receiver notified the Ohio Department of Health Services and various regulatory agencies of my appointment in accordance with the Order. A copy of that notice is attached as **Exhibit "A"** hereto.

4.	The financial statements for November 2023 are in the process of being prepared and will be filed as a supplement to this Report once published.

5.	Receiver and Everest are in control of the Facilities' accounts at First Federal Bank.

6.	Property & Casualty insurance, Professional Liability and General Liability insurance and Worker's Compensation insurance are each currently in full force.  Receiver and Everest have been named as additional named insureds under the Property & Casualty insurance policy and the Professional Liability and General Liability insurance policy.

7.	Lender has made advances to Receiver for use in paying expenses currently being incurred by the Receiver.

8.	Shortly following my appointment, I engaged Senior Living Investment Brokerage ("SLIB") to list the Facilities for sale.  SLIB is just initiating the marketing process, which we expect to conclude in the next 3-4 months.

Respectfully submitted,

MICHAEL F. FLANAGAN, RECEIVER


By: *Michael F. Flanagan*
Michael F. Flanagan
14005 Outlook
Overland Park, KS 66223
(913) 269-8280
MikeFlanagan@MFFLLC.com